UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO. CR 414-257 |
| | ) | |
| V. | ) | |
| | ) | VIO: 18 U.S.C. § 371 |
| JOHN P. JONES, | ) | Conspiracy |
| a/k/a "JP," | ) | |
| | ) | |
| Defendant. | ) | |

Count One

18 U.S.C. § 371

Not more than five years imprisonment;
A fine of not more than $250,000;
A term of supervised release of not more than three years;
$100.00 special assessment.

Respectfully Submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

James D. Durham
First Assistant United States Attorney