UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION CR 414-257 |
|  | ) |  |
| V. | ) |  |
|  | ) | VIO:   18 U.S.C. § 371 (Conspiracy) |
| JOHN P. JONES, | ) |  |
| a/k/a "JP," | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## GOVERNMENT'S NOTICE OF SIGNED PLEA AGREEMENT

NOW COMES THE UNITED STATES OF AMERICA, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and hereby notifies the Court that the defendant, John P. Jones, a/k/a "JP," has signed a plea agreement, a copy of which was been forwarded to the Honorable William T. Moore, Jr.'s Deputy Clerk on July 8, 2014.

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

*s/ E. Greg Gilluly, Jr.*

E. Greg Gilluly, Jr.
Assistant United States Attorney
Tennessee Bar No. 019397

Post Office Box 8970
Savannah, GA  31412
(912) 652-4422

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 8th day of July, 2014.

        Respectfully submitted,

        EDWARD J. TARVER
        UNITED STATES ATTORNEY

        *s/ E. Greg Gilluly, Jr.*

        E. Greg Gilluly, Jr.
        Assistant United States Attorney
        Tennessee Bar No. 019397

PO Box 8970
Savannah, Georgia 31412
912.652.4422